### STATE OF LOUISIANA *v.* WASHINGTON M. T. SMITH.

A recognizance should be endorsed as filed in Court, and should state the cause of its caption, and if it does not, it cannot be explained by reference to the indictment, found after it was entered into.

APPEAL from the District Court, parish of Vermillion, *Voorhies,* J. *Simon, jr.,* District Attorney, for the State and appellant. *O'Bryan,* for *McDonald.*

ROST, J. The State has appealed from a judgment rendered in favor of the surety on the recognizance of the defendant taken by the committing magistrate, and forfeited by his failure to appear at Court. The recognizance is without endorsement or filing in Court, or return from the magistrate; it does not set forth the cause for which it was taken, and as it was executed before the indictment was found, it cannot be explained by reference to it. The case does not differ from that of the *State* v. *Wooten,* 4th Ann. 515. It is time that magistrates should learn that the cause of taking recognizance should be stated in them.

The judgment is affirmed, with costs.